# 474th DISTRICT COURT

**Bill Logue Juvenile Justice Center**
**2601 Gholson Road**
**Waco, Texas 76704**
**Phone (254) 757-5047**



**ELLEN M. WATSON**
COURT ADMINISTRATOR
ellen.m.watson@mclennan.gov

**LISA BLAKEMORE**
JUVENILE ADMINISTRATOR
lisa.blakemore@mclennan.gov

**ALEXANDRA GILLMAN**
OFFICIAL COURT REPORTER
alexandra.gillman@mclennan.gov

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/26/2025 11:23:55 AM
CHRISTOPHER A. PRINE
Clerk

**ALAN BENNETT**
JUDGE

June 26, 2025

Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711

RE: Trial Court Cause No. 2025-126-6; COA Cause No. 15-25-00073-CV
STYLE: In the Matter of the Marriage of Mary Elaine Doll and Jay Brock

Dear Clerk of the Court:

      Please be advised that the Reporter's Record in the above-referenced matter has not been filed, as satisfactory payment arrangements have not been made. On May 27, 2025, I spoke with Mr. Brock, who indicated that he does not wish to pursue the appeal and therefore does not require the preparation of the record.

      Respectfully,

*Alexandra Gillman*

Alexandra Gillman
CSR # 11582
Official Court Reporter
474th Judicial District Court
2601 Gholson Rd.
Waco, TX 76704
Phone (254) 759-5625